E-FILED
Monday, 08 November, 2004  12:28:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-3044-M |
| | ) | |
| ALEJANDRO JARAMILLO-MINA, and | ) | |
| ADRIAN TOLEDO-PASCUAL | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR RELEASE OF MATERIAL WITNESSES**

Comes now the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois and Patrick D. Hansen, Assistant United States Attorney, and respectfully requests that this court order the release of material witnesses, Hipolito Coreas-Arevalo, Billy Guevara-Bane, Jorge Alvarado-Lopez, Jaime Benitez-Argueta, Mario Diaz-Cornejo, Raul Aguilar-Guzmana and Alcides Ardon-Garcia.  In furtherance of this request, the Government states as follows:

    1.    On September 28, 2004, this Court ordered the detention of seven witnesses under the authority under 18 U.S.C. § 3144, which allows the detention of an individual as a material witness in any criminal proceeding.

    2.    The witnesses were ordered arrested and held as witnesses to the charges brought against Alejandro Jaramillo-Mina and Adrian Toledo-Pascual, charging them both with the illegal transportation of aliens in violation of 8 U.S.C. § 1342(a)(1)(A)(ii).  The material witnesses held in this case are seven aliens who were in the process of being transported by these

defendants. Two of the witnesses (Aguilar-Guzman and Ardon-Garcia) were held at the request of the attorney for Jaramillo-Mina, and the remainder at the request of the government.

5.  The defendant, Alejandro Jaramillo-Mina entered a plea of guilty before U.S. Magistrate Byrone Cudmore on October 21, 2204. The defendant, Adrian Toledo-Pascual, entered a plea of guilty before Judge Jeanne Scott on November 8, 2004.

6.  Since both defendants have entered pleas of guilty, there is no longer any reason to hold the witnesses.

7.  The government has discussed this matter with Douglas Beevers, attorney for Jaramillo-Mina, and Bruce Locher, attorney for Toledo-Pascual, and neither objects to the release of the witnesses.

8.  Each of the witnesses have detainers pending against them, lodged by the United States Immigration and Customs Enforcement.

Wherefore, pursuant to 18 U.S.C. § 3144, it is requested that Hipolito Coreas-Arevalo, Billy Guevara-Bane, Jorge Alvarado-Lopez, Jaime Benitez-Argueta and Mario Diaz-Cornejo, Raul Aguilar-Guzmana and Alcides Ardon-Garcia be release at the earliest opportunity to the custody of the Immigration and Customs Enforcement.

Respectfully Submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

By:  s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
Illinois Bar No. 6187536
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
patrick.hansen@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Doug Beevers
Bruce Locher

      I hereby certify that on November 8, 2004, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

Michael Vonnahmen
105 W. Allen
Springfield, IL 62704

Randy Cox
1307 S. Seventh
Springfield, IL 62703

Brian Dees
1035 S. Second Street
Springfield, IL 62704

      s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
(217) 492-4450
Fax: (217) 492-4512
patrick.hansen@usdoj.gov